AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00176 |
| Mark Roderick Aungst | ) Assigned to: Judge Faruqui, Zia M |
| | ) Assign Date: 1/28/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Mark Roderick Aungst ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2)  (Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) and (G) (Violent Entry or Disorderly Conduct)

Date: 01/28/2021

2021.01.28
16:37:59 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Mark Roderick Aungst
Known aliases:
Last known residence: 521 Fairmont Ave, Williamsport, PA 17702
Prior addresses to which defendant/offender may still have ties: None

Last known employment:
Last known telephone numbers: 570-419-3316
Place of birth: Deleware
Date of birth: 5/18/1975
Social Security number: 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
Height: 5'7"                    Weight:
Sex: M                          Race: White
Hair: Brown                     Eyes: Blue
Scars, tattoos, other distinguishing marks: None

History of violence, weapons, drug use: None

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto: Black truck

Investigative agency: Federal Bureau of Investigation
Investigative agency address:
Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Mark Roderick Aungst, (DOB: XXXXXXXXX)<br>Tammy A. Bronsburg, (DOB: XXXXXXXX) (AKA: Tammy Butry)<br><br>*Defendant(s)* | Case: 1:21-mj-00176<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 1/28/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

*Code Section*           *Offense Description*

18 U.S.C. § 1752(a)(1) and (2)  (Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) and (G) (Violent Entry or Disorderly Conduct)

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Josh Miller, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___01/28/2021___

2021.01.28
16:31:43 -05'00'
*Judge's signature*

City and state: _____Washington, D.C._____  Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*